AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

DEC 1 9 2014

David J. Bradley, Clerk of Court

for the

Southern District of Texas

| United States of America | ) |
| v. | ) |
| | ) | Case No. B-14-1139-MJ |
| (1) OLGUIN-Baltazar, Eduardo | ) |
| (2) GONZALEZ-Hernandez, Miguel Angel | ) |
| (3) ESCUDERO-Flores, Osiel | ) |
| (4) CASTRO-Reyes, Yovani | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 12/18/2014 _____ in the county of Cameron _____ in the Southern _____ District of Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841a(1) & 846 | Knowingly and Intentionally possess with the intent to distribute approx. 142.83 kgs of marijuana, Schedule I controlled substance under CSA of 1970; Conspiracy to possess with intent to distribute the same 142.83 kgs of marijuana |

This criminal complaint is based on these facts:

See Attachment.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Joe Villarreal, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/19/2014

_____
*Judge's signature*

City and state: Brownsville, Texas

Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*

United States

Vs.

B-14-1139-MJ

(1)OLGUIN-Baltazar, Eduardo
(2)GONZALEZ-Hernandez, Miguel Angel
(3)ESCUDERO-Flores, Osiel
(4)CASTRO-Reyes, Yovani


ATTACHMENT

(AFFIDAVIT CONTINUED)


On December 18, 2014 at approximately 12:30am, USBP Agent Manuel E. Barreda was conducting surveillance from the Gallinas Road Range marker on the north side of the Brownsville Ship Channel. USBP Agent Barreda noticed something crossing the ship channel which was later found to be five subjects.   USBP Agent Barreda repositioned himself and spotted five individuals traveling north from a brushy area and appeared that they were carrying back pack type bundles.

USBP Agent Barreda called for assistance and when they arrived, the five subjects ran back towards the brushy area.  USBP Agents who responded caught one individual in possession of a bundle of marijuana strapped to his back.  The remaining four individuals ran into the brushy grass area and attempted to hide.  USBP Agent Barreda called for assistance to set up a perimeter around the brushy area while still maintaining visual on the remaining subjects.

When additional Border Patrol Agents arrived and the assistance of a DPS Helicopter equipped with (FLIR) Forward Looking Infrared Device, the remaining four individuals were contained within a small area.  DPS Pilot and USBP Agent Barreda were able to guide field agents to the individuals' location which led to their apprehension.  All five individuals were transported to the Fort Brown Border Patrol Station where one of the five individuals was found to be a juvenile.

Task Force Officer Joe Villarreal and other TFO's/Agents responded to the Fort Brown Border Patrol Station and Mirandized all four adults.  TFO Villarreal interviewed Edurado OLGUIN-Baltazar who stated that he understood his rights and was willing to answer questions without having an attorney present.  OLGUIN-Baltazar implicated himself as the one caught with a bundle of marijuana strapped to his back.  OLGUIN-Baltazar also implicated the other three adults named above and the juvenile as being involved in the seizure of 142.83 kgs of marijuana seized by the ship channel.  The remaining three individuals requested representation after being Mirandized.

B-14-1139-MJ

Once at the Fort Brown Station, USBP Agent Frank Zuno field tested the green leafy substance from one of the bundles with positive results for marijuana.  USBP Supervisor Joaquin Zamora witnessed the field testing and confirmed the total weight of the 5 bundles to be 142.83 kilograms of marijuana

Signature of Complainant

Sworn to before me, and subscribed in my presence,

Dec 19, 2014                    at        Brownsville, Texas

Date                                                            City and State

Magistrate Judge Ronald Morgan

Name and Title of Judicial Officer                Signature of Judicial